UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA OCHOA, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>FRED LOYA INSURANCE AGENCY, INC., a New Mexico corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00151-JLT-BAM<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO STAY PLAINTIFF MARTHA OCHOA'S INDIVIDUAL CLAIMS AND DISMISS CLASS AND PAGA CLAIMS WITHOUT PREJUDICE**<br><br>Judge:      Hon. Jennifer L. Thurston<br>Courtroom: 4 (Fresno)<br><br>Complaint Filed:     November 29, 2023<br>Removed to Fed. Ct.: February 2, 2024 |

Pursuant to the Stipulation submitted by Plaintiff Martha Ochoa ("Plaintiff") and Defendant Fred Loya Insurance Agency, Inc. ("Defendant" or the "Company") (collectively, the "Parties"), and good cause appearing therefore, THE COURT HEREBY ORDERS as follows:

1.     Plaintiff's individual claims in this action are hereby stayed;

2.     Defendant's motion to compel arbitration (Dkt. No. 28) is hereby withdrawn without prejudice to refiling the motion, as stipulated by the Parties, and nothing in the Parties' Stipulation or the stay of proceedings shall amount to a waiver by Defendant of any of the arguments in that motion, its right to enforce the arbitration agreement, and/or its right to re-file or

reinstate the motion to compel arbitration in the event that the settlement is not finalized and/or approved by the Court in the first-filed *Mosqueda* action, in which case the Parties in this action shall return to the status quo existing as of the time their Stipulation was executed;

      3.      All of the class and PAGA claims pled on behalf of individuals other than Plaintiff in this action are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

      4.      On or before October 11, 2024, the Parties shall file a joint status report regarding the pending *Mosqueda* proceeding, the Parties' settlement, the stay of Plaintiff's individual claims, and the potential re-filing of Defendant's motion to compel arbitration. Therein, the Parties shall attempt to propose a joint schedule for any anticipated further proceedings.

IT IS SO ORDERED.

Dated: **June 13, 2024**

UNITED STATES DISTRICT JUDGE