UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA OCHOA, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>FRED LOYA INSURANCE AGENCY, INC., a New Mexico corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00151-JLT-BAM<br><br>**[PROPOSED] ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)**<br><br>Judge: Hon. Jennifer L. Thurston<br>Courtroom: 4 (Fresno)<br><br>Complaint Filed: November 29, 2023<br>Removed to Fed. Ct.: February 2, 2024 |

On June 14, 2024, District Judge Jennifer L. Thurston issued an order staying Plaintiff's individual claims and dismissing all class and PAGA claims pled on behalf of individuals other than Plaintiff Martha Ochoa in this action without prejudice.  (Doc. 34.)  On September 19, 2024, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) noting that Plaintiff Ochoa was added as a plaintiff in a previously-filed action in the Superior Court for the County of San Bernardino –*Selena Mosqueda v. Fred Loya Insurance Agency, Inc. et al*, Case No. CIVDS2016339 – relating to the same group of current and former California employees that are at issue in this action.  (Doc. 36.)  The parties stipulate to dismissal of Plaintiff's claims with prejudice.  (*Id.*)

Pursuant to the parties' stipulation and good cause appearing therefore, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). This Court VACATES all pending dates and matters, including the October 11, 2024 deadline for the Parties to submit a Joint Status Report regarding the pending *Mosqueda* proceeding and the Parties' settlement.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:  **September 20, 2024**          /s/ Barbara A. McAuliffe          
                                                   UNITED STATES MAGISTRATE JUDGE